UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIRON ALEXANDER,

                          Plaintiff,

          -against-

AMERICAN AIRLINES, INC.,

                          Defendant.

---

26-CV-0498 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action against Defendant American Airlines, Inc. The Court dismisses the complaint without prejudice for the following reasons.

Plaintiff has previously submitted to this court a substantially similar complaint against the same defendant asserting the same claims. That case is presently pending in this court under docket number 26-CV-0242 (LTS), and is awaiting prepayment of the filing fees or submission of an application to proceed *in forma pauperis* (IFP).[1] As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 26-CV-0242.

## CONCLUSION

Plaintiff's complaint is dismissed without prejudice as duplicative of the pending action under docket number 26-CV-0242.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] In the order directing Plaintiff to pay the filing fees or submit an IFP application, *Alexander*, No. 26-CV-0242, 4, the Court also noted that La Guardia Airport is in the Eastern District of New York, not this district.

The Clerk of Court is directed to enter civil judgment in this matter.

SO ORDERED.

Dated:    January 21, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2