UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIRON ALEXANDER,

                    Plaintiff,

        -against-                                          26cv498 (LTS)

AMERICAN AIRLINES, INC.,                                   CIVIL JUDGMENT

                    Defendant.

        For the reasons stated in the January 21, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.

See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    January 27, 2026
            New York, New York


                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                 Chief United States District Judge